IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BYRON RAY PHILLIPS, #231723,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　CASE NO. 2:14cv466-WHA
　　　　　　　　　　　　　　　　　　　)
KIM TOBIAS THOMAS, et al.,　　　　　　)　　　　　　　　(WO)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　)

**<u>FINAL JUDGMENT</u>**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Byron Ray

Phillips, and this case is DISMISSED without prejudice.

DONE this 19th day of August, 2014.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE